# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 27, 2021

## NO. 03-20-00154-CV

**Susan Sissom, Appellant**

**v.**

**Equity Trust Company FBO 200186851 IRA, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on February 19, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.